No. 737.   Toor et al. *v.* Westover.   C. A. 9th Cir. Certiorari denied.   *Leo V. Silverstein* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *S. Dee Hanson* for respondent.

No. 743.   United States ex rel. Spinella *v.* Savoretti, District Director of United States Immigration and Naturalization Service.   C. A. 5th Cir.   Certiorari denied.   *Edward J. Hayes* for petitioner.   *Acting Solicitor General Stern, Beatrice Rosenberg* and *John R. Wilkins* for respondent.

No. 745.   Allen *v.* National Tube Co.   Supreme Court of Ohio.   Certiorari denied.   *Jacob Levin* for petitioner.   *Frank Harrison* for respondent.

No. 660.   Victrylite Candle Co. *v.* Brannan, Secretary of Agriculture, et al.   United States Court of Appeals for the District of Columbia Circuit.   Benson, present Secretary of Agriculture, substituted for Brannan. Brownell, present Attorney General, substituted for McGranery.   Certiorari denied.   *Edward Brodkey, Frank E. Gettleman, Arthur Gettleman* and *Albert Brick* for petitioner.   *Acting Solicitor General Stern* for Benson et al., respondents.

No. 718.   Japan-Atlantic and Gulf Freight Conference et al. *v.* United States et al.; and
No. 774.   Federal Maritime Board *v.* United States et al.   United States Court of Appeals for the District of Columbia Circuit.   The motions in No. 718 for a stay and to advance, and for leave to file brief of A/S J. Lud-